# IN THE SUPREME COURT OF THE STATE OF NEVADA

STEVE MARTELL HOPKINS,
Appellant,
vs.
RANCHO BELLA FIORE, LLC,
Respondent.

No. 77134

**FILED**

NOV 01 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This appeal was docketed in this court on October 9, 2018, without payment of the requisite filing fee. On that same day a notice was issued directing appellant to pay the filing fee within ten days. The notice further advised that failure to pay the filing fee within ten days would result in the dismissal of this appeal. Accordingly, cause appearing, this appeal is dismissed.

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: Elizabeth A B

cc:    Hon. Richard Scotti, District Judge
       Steve Martell Hopkins
       Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

**CLERK'S ORDER**

(O) 1947

18-42892